# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MENTE CHEVROLET OLDSMOBILE, INC:  
F/K/A MENTE CHEVROLET, INC. t/a    :  
MENTE CHEVROLET                    :  
                                   :  
  and                    :  
                                   :  
MENTE CHRYSLER DODGE, INC.         :  
                                   :  
  and                    :  
                                   :  
DONALD M. MENTE,                   :  
    *Plaintiffs,*   :  
 v.                           :  
                                   :  
GMAC,                              :  
    *Defendant.*    :  
                                   :  
                                   :

**CIVIL ACTION**

**NO. 08-cv-2403**

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR DECLARATORY JUDGMENT

The plaintiff Mente dealerships and Donald M. Mente individually (collectively,

"Mente" or "plaintiffs"), by and through their undersigned counsel, pursuant to Rules 56

and 57 of the Federal Rules of Civil Procedure and 28 U.S.C. §§ 2201 and 2202, hereby

move the Court for an Order granting partial summary judgment on Count II (Violation

of 42 U.S.C. § 1983) and Count VIII (Conversion) of Plaintiffs' First Amended

Complaint (the "Complaint") and for a Declaratory Judgment on Count IX of the

Complaint on plaintiffs' Section 1983 and conversion claims. The grounds for this

Motion are fully set forth in plaintiffs' accompanying Memorandum of Law, the

Statement of Undisputed Material Facts, the Declaration of Kenneth A. Jacobsen, the

Declaration of Joseph Galvin, and the expert reports of plaintiffs' experts Joseph F.

Roesner, MBS, CMA and Carl Woodward, CPA, which are all incorporated herein fully by reference.

Dated: September 28, 2009                    Respectfully submitted,

/s/ Kenneth A. Jacobsen
Kenneth A Jacobsen
**JACOBSEN LAW OFFICES**
PA Attorney I.D. No. 31208
12 Orchard Lane
Wallingford, PA 19086
(610) 566-7930

Joseph A. O'Keefe
**O'KEEFE & SHER, P.C.**
PA Attorney I.D. No. 77068
15019 Kutztown Road
Kutztown, PA 19530
(610) 683-0771

*Attorneys for Plaintiffs*