IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MENTE CHEVROLET OLDSMOBILE, INC. et al. | CIVIL ACTION |
| v. | No.: 08-2403 |
| GMAC | |

## CIVIL JUDGMENT

Before the Honorable Juan R. Sánchez,

    AND NOW, this 19th day of November, 2009, in accordance with the verdict of the jury, judgment be entered in favor of the Plaintiffs, Mente Chevrolet Oldsmobile, Inc., Mente Chrysler Dodge, Inc., and Donald M. Mente and against the Defendant GMAC as to interrogatories 1(a), 1(e), 1(f), 2, 4(a) and 4(b). Damages in the amount of $4 million shall be awarded to the Plaintiffs. Judgment is hereby entered in favor of the Defendant GMAC and against the Plaintiffs Mente Chevrolet Oldsmobile, Inc., Mente Chrysler Dodge, Inc., and Donald M. Mente as to Interrogatories 1(b)i, 1(c)i, 1(d)i, 3, 5 and 6.

ATTEST:

*Nancy DeLisle* (signature)
Nancy DeLisle
Deputy Clerk