IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MENTE CHEVROLET OLDSMOBILE, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No.: 08-2403 |
| | : | |
| GMAC | : | |

## ORDER

AND NOW, this 23rd day of July, 2010, it is ORDERED Defendant GMAC's Motion for New Trial Pursuant to Federal Rule of Civil Procedure 59 (Doc. 185) is DENIED.

It is further ORDERED Defendant GMAC's Renewed Motion for Judgment Pursuant to Federal Rule of Civil Procedure 50 (Doc. 186) is DENIED.

BY THE COURT:


\s\ Juan R. Sánchez
Juan R. Sánchez, J.